FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 JAN 31  AM 9: 52

CLERK ____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ANDREW JACKSON,

    Plaintiff,

v.

MIKE KERNEY; ROBERT MALLARD; DANNY TREMBLE; and CHAD MURRY,

    Defendants.

CIVIL ACTION NO.: CV611-123

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendant Robert Mallard and the Bulloch County Sheriff's Department are **DISMISSED**. Plaintiff's claims against Defendant Mike Kerney relating to the investigation and prosecution of Plaintiff's criminal case are **dismissed**.

**SO ORDERED**, this 31 day of Jan, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)